**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miles Parish, | No. CV-17-00186-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Troy Lansdale, et al., | |
| Defendants. | |

Good cause appearing,

IT IS ORDERED the Plaintiff's and Defendant Lansdale's Joint Motion for Extension of Time until July 2, 2021 to File Plaintiff's Fee Application (Doc. 268) is GRANTED.

Dated this 25th day of June, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge